UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEGRATED LINER TECHNOLOGIES, INC.<br>Plaintiff,<br>-v-<br>SPECIALTY SILICONE PRODUCTS, INC., SSP, INC., AND STRECK, INC.<br>Defendants. | Civil Action No.: 09-cv-01285 GLS-DRH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF DISMISSAL
### (FED.R.CIV.P. 41(A)(1)(I))

PLEASE TAKE NOTICE that Plaintiff Integrated Liner Technologies, Inc. dismisses this action against Defendant Streck, Inc. without prejudice pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

Dated: January 15, 2010

Respectfully submitted,

By: /s/ David P. Miranda
David P. Miranda (BRN-103,536)
Brett M. Hutton, Esq. (BRN-510,995)
HESLIN ROTHENBERG FARLEY & MESITI P.C.
5 Columbia Circle
Albany, NY 12203-5160
Telephone: (518) 452-5600
Facsimile: (518) 452-5579

**Attorneys for Integrated Liner Technologies, Inc.**

(1)

SO ORDERED:

/s/ Gary L. Sharpe
U.S. District Judge
Date: January 19, 2010